39 F.3d 1179
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Benjamin M. VENNING, Plaintiff Appellant,
v.
SECRETARY OF VETERANS AFFAIRS, Defendant Appellee.
 No. 94-1663.
 United States Court of Appeals, Fourth Circuit.
 Submitted Oct. 18, 1994.
Decided Nov. 9, 1994.
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CA-93-534)
 Benjamin M. Venning, appellant Pro Se. Debra Jean Prillaman, Asst. U.S. Atty., Richmond, VA, for appellee.
 E.D.Va.
 AFFIRMED.
 Before HALL and MICHAEL, Circuit Judges, and CHAPMAN, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order denying his motion for reconsideration of the order granting summary judgment for Defendant. Our review of the record and the district court's opinion discloses no abuse of discretion and that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Venning v. Secretary of Veterans Affairs, No. CA-93-534 (E.D. Va. Feb. 7, 1994 & Apr. 21, 1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.